■
**John L. LEWIS et al., Appellants, v. MID-WEST MINING COMPANY.**

No. 14053.

United States Court of Appeals
Eighth Circuit.

April 14, 1950.

William L. P. Burke, Washington, D. C., Jack Rose and G. L. Grant, Fort Smith, Ark., for appellants.

Gutensohn & Ragon, Fort Smith, Ark., for appellee.

PER CURIAM.

Appeal from District Court, D.C., 86 F.Supp. 354, dismissed at costs of appellants, on stipulation of parties.